IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Scottrade Inc., :
:
    Petitioner(s), :
: Case Number: 1:12mc61
vs. :
: Chief Judge Susan J. Dlott
Kwame A. Boateng, :
:
    Respondent(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on March 4, 2013 (Doc. 4), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired March 18, 2013, hereby ADOPTS said Report and Recommendation.

Accordingly, petitioner's motion for relief (Doc. 1) is **GRANTED IN FULL**. The Court **CONFIRMS** the Stipulated FINRA Arbitration Award, including expungement of all references to the arbitration proceedings from the Petitioner's registration records as maintained by CRD.

This case is hereby **TERMINATED.**

IT IS SO ORDERED.

                                                                               s/Susan J. Dlott
                                                                               Chief Judge Susan J. Dlott
                                                                               United States District Court